UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHANNEL E. ALLEN,

          Plaintiff,                        Case No. 23-10248

v.                                     Honorable Nancy G. Edmunds

MICHIGAN FIRST CREDIT UNION,

          Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
APRIL 21, 2023 REPORT AND RECOMMENDATION [19]**

This lawsuit was filed under the Fair Housing Act by pro se Plaintiff Channel E. Allen against the incorrect entities. (*See* ECF No. 7.) The case has been referred to Magistrate Judge David R. Grand for all pre-trial matters. (ECF No. 5.) Before the Court is the Magistrate Judge's report and recommendation to deny Michigan First Foundation, Inc.'s motion to dismiss as moot based on an agreement by the parties to substitute the proper defendant, Michigan First Credit Union, in place of the defendants originally named in the lawsuit. (ECF No. 19.) Magistrate Judge Grand issued a separate order making the substitution. (ECF No. 20.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. The Court, therefore, ACCEPTS AND ADOPTS the report and recommendation (ECF No. 19). Accordingly, the Foundation's motion to dismiss (ECF No. 10) is DENIED AS MOOT.

SO ORDERED.

<u>s/Nancy G. Edmunds</u>
Nancy G. Edmunds
United States District Judge

Dated: May 8, 2023


I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2023, by electronic and/or ordinary mail.

<u>s/Lisa Bartlett</u>
Case Manager

2