UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHANNEL E. ALLEN,

    Plaintiff,                                       Case No. 23-10248

v.                                             Honorable Nancy G. Edmunds

MICHIGAN FIRST CREDIT UNION,

    Defendant.

_____/

**ORDER OVERRULING PLAINTIFF'S OBJECTION [39]**

This lawsuit was filed under the Fair Housing Act by pro se Plaintiff Channel E. Allen. (ECF No. 7.) The case has been referred to Magistrate Judge David R. Grand for all pre-trial matters. (ECF No. 5.) Plaintiff moved for summary judgment prior to the close of discovery, and the Magistrate Judge issued a report and recommendation to deny Plaintiff's motion as premature and lacking in merit. (ECF No. 35.) On July 31, 2023, Plaintiff filed an objection to the report and recommendation. (ECF No. 37.) On August 1, 2023, the Court issued an order overruling that objection and accepting and adopting the Magistrate Judge's report and recommendation. (ECF No. 38.) The next day, Plaintiff filed another objection to the report. (ECF No. 39.) The Court has reviewed Plaintiff's second objection and finds that it does not alter its previous decision. Plaintiff merely references her previously filed exhibits to once again argue that she is entitled to summary judgment. "This Court is not obligated to address objections made in this form because the objections fail to identify the *specific* errors in the magistrate judge's proposed recommendations, and such objections undermine the purpose of the Federal Magistrate's Act, which serves to reduce duplicative work and conserve judicial

1

resources." *See Owens v. Comm'r of Soc. Sec.*, No. 1:12-CV-47, 2013 U.S. Dist. LEXIS 44411, at *8 (W.D. Mich. Mar. 28, 2013) (citations omitted). For this reason and the reasons stated in the Court's previous order, Plaintiff's objection is OVERRULED. The Court's order accepting and adopting the Magistrate Judge's July 21, 2023 report and recommendation stands.

    SO ORDERED.

                            s/Nancy G. Edmunds
                            Nancy G. Edmunds
                            United States District Judge

Dated: August 7, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2023, by electronic and/or ordinary mail.

                            s/Lisa Bartlett
                            Case Manager